JONES, Respondent, v. MENDHAM, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Mary Jones against Maurice B. Mendham. No opinion. Judgment and order of the County Court of Westchester county denying motion for new trial unanimously affirmed, with costs.

Order granting extra allowance reversed, without costs.